**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6815

FRED EDWARD PRYOR, JR.,

Plaintiff - Appellant,

v.

VIRGINIA CHESTNUT, Head of Medical; SARAH LINDAMOOD, Nurse; ERICA MILLER, Nurse; DOCTOR P.A. OBER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:23-cv-00541-TTC-JCH)

Submitted: December 5, 2024                    Decided: December 11, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fred Edward Pryor, Jr., Appellant Pro Se.  John Richard Fitzgerald, Jim H. Guynn, Jr., GUYNN WADDELL, P.C., Salem, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred E. Pryor, Jr., appeals the district court's orders granting Defendants' motions to dismiss, for failure to state a claim, Pryor's 42 U.S.C. § 1983 complaint alleging deliberate indifference to his medical needs.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's orders.  *Pryor v. Chestnut*, No. 7:23-cv-00541-TTC-JCH (W.D. Va. July 8, 2024; July 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*